JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR 05-325 JLR |
| Plaintiff, | ) | |
| | ) | ORDER ON UNOPPOSED MOTION |
| vs. | ) | TO CONTINUE PRETRIAL MOTIONS |
| | ) | FILING DATE AND TRIAL DATE |
| JULIO PEREZ-GARCIA, | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT having considered the unopposed motion of the defendant, the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

ORDER ON UNOPPOSED MOTION TO CONTINUE
PRETRIAL MOTIONS FILING DATE AND TRIAL DATE - 1
(Julio Perez-Garcia; CR05-00325-JLR)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  IT IS THEREFORE ORDERED that the time within which pretrial motions must
2  be filed in this case is extended from September 29, 2005 to November 3, 2005 and the
3  trial date is extended from November 7, 2005 to December 6, 2005.
4  DONE this 11th day of October, 2005.

JAMES L. ROBART
United States District Judge

Presented by:

s/Nancy Tenney
 WSBA No. 35304
  Attorney for Julio Perez-Garcia
  Federal Public Defender's Office
  1601 Fifth Ave., Suite 700
  Seattle, WA   98101
  206/553-1100
  206/553-0120
  Nancy_Tenney@fd.org

ORDER ON UNOPPOSED MOTION TO CONTINUE
PRETRIAL MOTIONS FILING DATE AND TRIAL DATE - 2
(Julio Perez-Garcia; CR05-00325-JLR)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**