THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR05-325JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF CONTINUANCE |
| ) | |
| ) | |
| JULIO PEREZ GARCIA, ) | |
| ) | |
| Defendant. ) | |

The Court having heard the stipulated oral motion by the parties to continue the trial date for defendant and having reviewed the records and files herein makes the following findings and enters the following order:

The Court finds that pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(iv), the ends of justice served by continuing the trial date to January 4, 2006, outweigh the best interests of the public and the defendants in a speedy trial, in that, as set forth in the parties' oral stipulation, parties require additional time to prepare for trial and to ensure that counsel are available for trial.

IT IS HEREBY ORDERED that trial in this matter is continued from December 6, 2005 to January 4, 2006.

Order to Continue Trial Date/
PEREZ-GARCIA/CR05-325JLR — 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

IT IS FURTHER ORDERED that, for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3164, the period of delay from December 6, 2005, up to and including January 4, 2006, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED this 12th day of December, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Judge

Presented by:

/s Patricia C. Lally
PATRICIA C. LALLY
Assistant United States Attorney
WA Bar # 28910
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-2619
Fax: (206) 553-0755
E-mail: patricia.lally@usdoj.gov

Order to Continue Trial Date/
PEREZ-GARCIA/CR05-325JLR — 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970