1
2
3
4
5
6

JUDGE JAMES L. ROBART

7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| 9 | UNITED STATES OF AMERICA, ) | NO.  CR 05-325 JLR |
| 10 | Plaintiff, ) ) | ORDER ON DEFENDANT'S UNOPPOSED MOTION TO |
| 11 | vs. ) ) | CONTINUE PRETRIAL MOTIONS FILING DATE AND TRIAL DATE |
| 12 | JULIO PEREZ-GARCIA, ) ) | |
| 13 | Defendant. ) ) | |
| 14 | ) | |

THE COURT having considered the unopposed motion of the defendant, the records and files herein, the Court hereby makes the following findings:

1.  The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.  The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//
//

ORDER ON DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE PRETRIAL MOTIONS FILING DATE
AND TRIAL DATE - 1
(Julio Perez-Garcia; CR05-00325-JLR)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

IT IS THEREFORE ORDERED that the trial date is extended from January 4, 2006 to March 27, 2006.

DONE this 21st day of December, 2005.

*[signature]*

JAMES L. ROBART
United States District Judge

Presented by:

s/Nancy Tenney
WSBA No. 35304
Attorney for Julio Perez-Garcia
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA 98101
206/553-1100
206/553-0120
Nancy_Tenney@fd.org

ORDER ON DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE PRETRIAL MOTIONS FILING DATE
AND TRIAL DATE - 2
(Julio Perez-Garcia; CR05-00325-JLR)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100