JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR 05-325 JLR |
| Plaintiff, | ORDER ON STIPULATED MOTION TO CONTINUE TRIAL DATE |
| vs. | |
| JULIO PEREZ-GARCIA, | |
| Defendant. | |

THE COURT having considered the unopposed motion of the defendant, the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//
//

[PROPOSED] ORDER ON STIPULATED MOTION
TO CONTINUE TRIAL DATE - 1
(Julio Perez-Garcia; CR05-00325-JLR)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1     IT IS THEREFORE ORDERED that the trial date is extended from March 27,

2 2006 to April 24, 2006.

3     DONE this <u>17th</u> day of February, 2006.

                                                                                                   *[signature]*

                            JAMES L. ROBART
                            United States District Judge

Presented by:

s/Nancy Tenney
 WSBA No. 35304
  Attorney for Julio Perez-Garcia
  Federal Public Defender's Office
  1601 Fifth Ave., Suite 700
  Seattle, WA   98101
  206/553-1100
  206/553-0120
  Nancy_Tenney@fd.org

s/Patricia Lally
WSBA No. 28910
Assistant United States Attorney
700 Stewart St., Suite 5220
Seattle, WA   98101-1271
Patricia.Lally@usdoj.gov

[PROPOSED] ORDER ON STIPULATED MOTION
TO CONTINUE TRIAL DATE - 2
(Julio Perez-Garcia; CR05-00325-JLR)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100