JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR 05-325 JLR |
| Plaintiff, | ) ) ) | ORDER ON STIPULATED MOTION TO CONTINUE TRIAL DATE |
| vs. | ) ) | |
| JULIO PEREZ-GARCIA, | ) ) | |
| Defendant. | ) ) | |

THE COURT having considered the unopposed motion of the defendant, the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//

//

//

[PROPOSED] ORDER ON STIPULATED MOTION
TO CONTINUE TRIAL DATE - 1
(Julio Perez-Garcia; CR05-00325-JLR)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

IT IS THEREFORE ORDERED that the trial date is extended from April 24, 2006, to May 22, 2006 at 1:30 p.m.

DONE this 3rd day of April, 2006.

_____
JAMES L. ROBART
United States District Judge

Presented by:

s/Nancy Tenney
WSBA No. 35304
Attorney for Julio Perez-Garcia
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA   98101
206/553-1100
206/553-0120
Nancy_Tenney@fd.org

s/Patricia Lally
WSBA No. 28910
Assistant United States Attorney
700 Stewart St., Suite 5220
Seattle, WA   98101-1271
Patricia.Lally@usdoj.gov

[PROPOSED] ORDER ON STIPULATED MOTION
TO CONTINUE TRIAL DATE - 2
(Julio Perez-Garcia; CR05-00325-JLR)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100